UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

AMADO CEDANO, JOSE QUINTANA,
LEYSA ALFONSO and ENRIQUE JORGE

       Plaintiffs,                        CASE NO.: 1:11-cv-20600-FAM

vs.

ALEXIM TRADING, CORP.

       Defendant.
_____/

## DEFENDANT'S MOTION FOR LEAVE TO AMEND ITS ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIRST AMENDED COMPLAINT IN REGARDS TO PLAINTIFF JOSE QUINTANA

Defendant, ALEXIM TRADING CORP., by and through undersigned counsel moves to amend its Answer and Affirmative Defenses in response to Plaintiffs' First Amended Complaint and states:

1. Plaintiffs' First Amended Complaint was filed on or about February 15, 2011, alleging that it was being brought under the Fair Labor Standards Act, 29 U.S.C § 201 et seq. (the "FLSA") against Defendant for overtime violations and retaliation. **See Exhibit 1, Plaintiff's First Amended Complaint.**

2. Plaintiff Quintana further alleges that he worked for Defendant as a non-exempt hourly employee, was entitled to be paid at the applicable overtime rate for all hours worked in excess of forty (40) hours per week, and was not paid despite having worked an average of one hour of overtime per week.

3. Finally, Plaintiff Quintana alleges that he was fired by Defendant for complaining that was not being paid overtime in compliance with FLSA.

4. Defendant filed its Answer and Affirmative Defenses to Plaintiffs' First Amended Complaint denying Plaintiff Quintana's entitlement to the relief sought, denying Plaintiff Quintana's employment as a non-exempt hourly employee. **See Exhibit 2, Defendant's Answer and Affirmative Defenses.**

5. Specifically, Plaintiff Quintana's complaints about overtime compensation are not protected under 29 U.S.C § 215(a)(3) because Plaintiff is exempt from the payment of overtime wages pursuant to 29 U.S.C § 213(b)(1), the "Motor Carrier Exemption".

6. In order to establish a prima facie case of retaliation under 29 U.S.C. § 215(a)(3), Plaintiff must demonstrate that (1) they engaged in activity that was protected under the act, (2) they suffered adverse action by the employer, and (3) a causal connection existed between the employee's activity and the adverse action.

7. The exemption under 29 U.S.C § 213(b)(1) renders him unable to assert a prima facie case of retaliation.

8. Defendant believes its denial of Plaintiff's allegations, as noted above, sufficiently set forth these issues. In an abundance of caution, however, and to assure that Plaintiff is fully aware of the issues, Defendant seeks leave to add an affirmative defense under the Motor Carrier Exemption.

9. No party would be prejudiced by this amendment to Defendant's Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint.

10. This amendment will not cause a delay in any of the proceedings, including the trial scheduled for February 13, 2011.

11. Defendant respectfully requests leave to amend in accordance with Fed. R. Civ. P. 15(a)(2), which provides that leave to amend shall be freely given when justice so requires.

12. Defendant's counsel has contacted Plaintiffs' counsel, Lawrence J. McGuiness, Esq., to ascertain Plaintiffs' position on the amendment, and is authorized to represent that Plaintiffs' are not in agreement.

WHEREFORE, Defendant requests leave to amend its Answer and Affirmative Defenses in response to Plaintiff's First Amended Complaint to include the provisions of the "Motor Carrier Exemption".

Case No. 10-cv-23696-PAS

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and accurate copy of the foregoing has been served, via CM/ECF this 23rd day of November 2011, upon **Lawrence J. McGuinness, Esq.**, Lawrence J. McGuinness, P.A., *Counsel for the Plaintiffs*, 1627 SW 37th Avenue, Suite 100, Miami, Florida 33145.

        COLE, SCOTT & KISSANE, P.A.
        *Attorneys for Alexim Trading Corp.*
        Dadeland Center II
        9150 S. Dadeland Blvd., Suite 1400
        Miami, FL  33156
        Tel.:  (305) 350-5338
        Fax.: (305) 373-2294
        E-mail: edward.polk@csklegal.com

By:  ____/s/ Edward S. Polk_____
      EDWARD S. POLK
      FBN:  239860
      LAURA FARACH
      FBN: 085872

ESP/LF: lni